IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| NEREIDA LEAL, Individually, | § | |
| MARTIN A. LEAL, Individually, and | § | |
| MARIA ESCOBEDO, Individually | § | |
|    *Plaintiffs*, | § | |
| | § | |
| V. | § | NO. P:17-CV-049 DC |
| | § | |
| SHARANDEEP SINGH, and | § | |
| ASF CARRIER, INC. | § | |
|    *Defendants*. | § | |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Agreed Motion to Dismiss With Prejudice [Doc. 86] filed September 27, 2018.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same.  All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 28th day of September, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE